

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00494-CR

Harvey **GUTIERREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 8, Bexar County, Texas
Trial Court No. 620144
Honorable Mary D. Roman, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is REVERSED, and the cause is REMANDED for a new trial.

SIGNED January 25, 2023.

_____
Rebeca C. Martinez, Chief Justice